**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                   **Case No. 8:94-cr-293-T-17TBM**

**AN THANH LE,**

    **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court upon referral from the District Judge on Defendant's Motion for Order to Determine Competency. (Doc. 645).

There being reasonable grounds to believe the Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed on allegations that he has violated the conditions of his supervised release, the Defendant's Motion for Order to Determine Competency (Doc. 645) is **GRANTED**. The court hereby appoints, **Dr. Donald Taylor**, to conduct an independent psychiatric examination. The court requests Dr. Taylor complete the examination and file a report with this court within thirty (30) days of the date of this Order.

Upon completion of the examination, Dr. Taylor is requested to provide to the court a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand

the nature and consequences of the proceedings against him or to assist properly in his/her defense.

Upon receipt of the report, either party may request a further hearing.

**Done and Ordered** in Tampa, Florida this 22nd day of March 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Elizabeth A. Kovachevich
Stephen Muldrow, Assistant United States Attorney
Attorney for Defendant
Dr. Donald Taylor