UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           Case No. 8:94-cr-293-T-17TBM

AN THANH LE,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the court on the Defendant's **Motion for Order to Determine Competency** (Doc. 645). As a consequence to the filing of the motion, a psychiatric evaluation of the Defendant to determine his competence to proceed was ordered in accordance of the provisions of 18 U.S.C. § 4241(b). The evaluation was conducted April 5, 2006, at the Sarasota County Jail by Dr. Donald R. Taylor, Jr., M.D., a forensic psychiatrist. Thereafter Dr. Taylor submitted a report of his examination to the court. The report was disseminated to counsel and the matter calendared for hearing on April 19, 2006. Dr. Taylor's findings indicate that the Defendant has a history of intracranial tumor, but no history of mental health problems. By the doctor's review, there was no evidence that Defendant's physical condition had an adverse effect on his level of cognitive functioning and the Defendant's intellectual capacity is in the average to low average range. While he evidenced some knowledge deficiency regarding the legal process, the Defendant was nonetheless capable of understanding issues relevant to his case as well as the nature and the consequences of the proceedings against him and he has the ability to consult with and assist an attorney with a reasonable degree of rational

understanding. By his conclusion, the Defendant is competent to proceed to a final revocation proceeding relating to his supervised release. The Defendant offers no evidence contradicting the conclusions by Dr. Taylor and although he has been offered the opportunity of further hearing pursuant to 18 U.S.C. § 4241(c), he waives such hearing. Accordingly, there being no evidence contrary to that from Dr. Taylor, the court finds the Defendant is competent to proceed to a final revocation hearing on the allegations of violation of supervised release.[1]

      **Done and Ordered** in Tampa, Florida, this 20th day of April 2006.

                     THOMAS B. McCOUN III
                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stephen Muldrow, Assistant United States Attorney
Frank Zaremba, Counsel for Defendant
U.S. Marshal

---

[1] As indicated at the hearing, the United States Marshal is requested to assure that the Defendant is visited by a doctor at the facility currently housing him for consideration of the need for any treatment of his intracranial tumor.

2